UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  18-80097-CR-ROSENBERG/REINHART
MATTHEWMAN(BOND ONLY)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT RENNIE,

    Defendant.
_____:

## NOTICE OF COMPLIANCE WITH PRE-RELEASE CONDITIONS OF BOND

Defendant, Robert Rennie, through undersigned counsel, notifies this Court that all pre-release conditions of bond have been met.  Specifically, undersigned counsel states:

1. This Court ordered Defendant be released on a $150,000 personal surety bond once certain conditions were met, specifically that Meridith Hindle signed the bond papers; all firearms be removed from Ms. Hindle's home, and Ms. Hindle remove the Internet from her home.

2.  On today's date, undersigned counsel was contacted by United States Probation Officer Joe Suarez.  USPO Suarez informed counsel that:  Meridith Hindle signed Defendant's bond papers; Ms. Hindle pawned her firearms, meaning

1

they have been removed from her home; and Ms. Hindle had the Internet in her home disabled.

                Respectfully submitted,

                MICHAEL CARUSO
                Federal Public Defender

By:   s/*Robin C. Rosen-Evans*
       Robin C. Rosen-Evans
       Assistant Federal Public Defender
       Florida Bar No. 438820
       450 Australian Ave. S., Ste. 500
       West Palm Beach, Florida 33401
       Tel: (561) 833-6288
       Fax: (561) 833-0368
       E-mail: *Robin_Rosen-Evans@fd.org*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*<u>s/ Robin C. Rosen-Evans</u>*
Robin C. Rosen-Evans
